Jon M. Sands
Federal Public Defender
Cary Sandman (Arizona Bar No. 004779)
Cory Gordon (West Virginia Bar No. 13616)
Assistant Federal Public Defenders
407 West Congress Street, Suite 501
Tucson, Arizona 85701
Telephone (520) 879-7614
Facsimile (520) 622-6844
Cary_sandman@fd.org
Cory_gordon@fd.org

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| John Cruz,<br><br>　　Petitioner-Appellant,<br><br>　v.<br><br>Ron Credio, et al.,<br><br>　　Respondents-Appellees. | No. 21-99005<br><br>District Court No. 13-CV-00389-JGZ<br><br>Petitioner-Appellant's Motion for Extension or Time<br><br>Death-Penalty Case |

Now pending is the Petitioner/Appellant's motion to extend the stay of these proceedings. (Dkt 9.) In accordance with this Court's scheduling order, the Respondents/Appellees responded to the motion on August 4, 2021. The reply to the response is due on August 11. (Dkt 10.) For the reasons set forth, Petitioner/Appellant requests an eight-day extension of time to file his reply. Respondents/Appellees have no objection to this request for additional time. The basis for the extension is that undersigned lead counsel, Mr. Sandman, is currently on annual leave and will not be returning to work until Monday August 16. For that

reason, it is requested that the current date for filing the reply be extended for eight days from August 11 to August 19.

Respectfully submitted this 6th day of August, 2021.

>Jon M. Sands
>Federal Public Defender
>
>Cary Sandman
>
>By s/Cary Sandman
>Counsel for Petitioner-Appellant